

Office of the Clerk
United States Bankruptcy Court, Northern District of California

Edward J. Emmons, Clerk of Court
450 Golden Gate Avenue
Mail Box 36099
San Francisco, CA 94102
Phone: (415) 268-2300

**FILED**

Jun 05 2023

Mark B. Busby
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO

**June 1, 2023**

Mark B. Busby, Clerk of Court
United States District Court
Phillip Burton Federal Building & United States Courthouse
450 Golden Gate Avenue, 16th Floor
San Francisco, CA 94102

C23-2762 EJD

Re:   Transmittal of Notice of Appeal to District Court:

**Yoon v. K.S. Aviation, Inc. et al; Case No. 20-04021; Judge Charles Novack**

Dear Clerk:

The following documents are electronically transmitted to your court for the above referenced matter:

 Docket Report

Notice of Appeal and Statement of Election
Order on Plaintiff's Motion for Partial Summary Judgment
Service of Notice of Appeal

**Filing Fee**:   ☒ Paid $            ☐ Not Paid     ☐ Fee Waived     ☐ Fee Waiver Pending

If you have any questions, please contact me at **1-888-821-7606**           .

Edward Emmons, Clerk
United States Bankruptcy Court

By:  /s/ John Bolts
     Deputy Clerk

Case: 20-04021    Doc# 217    Filed: 06/01/23    Entered: 06/01/23 14:03:59    Page 1 of 1