UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| DAN YOON,<br><br>        Plaintiff,<br><br>    v.<br><br>K.S. AVIATION, INC., et al.,<br><br>        Defendants. | Case No. 23-cv-02762-EJD<br><br>**ORDER TO SHOW CAUSE REGARDING STATUS OF APPEAL** |

This appeal was first noticed on June 5, 2023. *See* ECF No. 1. The notice was filed by Dan Yoon, although the Statement of Election indicates that the appellants are K.S. Aviation, Inc. and John Yoon. *See id.* On July 20, 2023, the Court received notice from the Bankruptcy Court regarding the availability of an unperfected record on appeal. *See* ECF No. 4. Pursuant to the operative scheduling order, the appellants' principal brief was due within 30 days of the notice of availability of the record on appeal. *See* ECF No. 3. The Court further notes that there exists a separate appeal in which the amended notice of appeal appears identical to the appeal in this action. *See* N.D. Cal. Case No. 23-cv-02225-EJD, ECF No. 3. In light of these circumstances, the Court ORDERS Dan Yoon, K.S. Aviation, and John Yoon to file separate or joint reports by March 15, 2024, to inform the Court of the status of this appeal, including whether the appeal has been abandoned such that this action should be dismissed.

**IT IS SO ORDERED.**

Dated: March 12, 2024

EDWARD J. DAVILA
United States District Judge

Case No.: 23-cv-02762-EJD
ORDER TO SHOW CAUSE REGARDING STATUS OF APPEAL
1